# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-2631 MRW | Date | September 14, 2021 |
|---|---|---|---|
| Title | Coretta Simo Love Monk v. Alex Villanueva | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:** ## ORDER DISMISSING CASE

IT IS STIPULATED by and between the parties that this action is dismissed with prejudice to all parties; each party to bear his/her/its own attorneys' fees and costs.

|  |  : |
|---|---|
| Initials of Preparer | vp |